UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE ELIAS MARTINEZ, | ) | No. CV 08-01145 MMM(VBK) |
| | ) | JUDGMENT |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| LARRY SMALL, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: October 30, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE